IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Kayla Stewart et al., | Case No.: 1:22-cv-00611 |
| Plaintiffs | Judge Michael R. Barrett |
| v. | |
| Lovetoy, LLC et al., | **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. 41(a)(1)(A)(i) OF THE COMMON LAW NEGLIGENCE AND WARRANTY CLAIMS FOR RELIEF OF THE PLAINTIFF'S COMPLAINT** |
| Defendants. | |

PLEASE TAKE NOTICE that the Plaintiff, Kayla Stewart, by and through counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her dismissal, **without prejudice**, to all negligence and warranty claims against Defendant, Amazon.com Services LLC, contained in the Second and Third Claims for Relief of Plaintiff's Complaint, **ONLY**, in the above action. Plaintiff's other actions against all Defendants shall remain active.

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

 /s/ Kenneth J. Ignozzi
Kenneth J. Ignozzi, Esq. (0055431)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio  45402
(937)223-8888
Fax # (937) 824-8630
kignozzi@dgmslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing has been served upon the following by regular U.S. mail and/or electronic mail this 8th day of November, 2022.

Yao Liu (0092485)
Max E. Dehn (0079600)
Madilyn M. Bell (0098386)
Cavitch Famillo & Durkin, Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Phone: 216-621-7860
Fax: 216-621-3415
Email: yaoliu@cavitch.com
mdehn@cavitch.com
mbell@cavitch.com
*Attorneys for Defendant Lovetoy, LLC*

Joyce D. Edelman (0023111)
C. Darcy Jalandoni (0086981)
Sara C. Schiavone (0096657)
Porter Wright Morris & Arthur, LLP
41 South High Street
Columbus, OH 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
E-Mail: jedelman@porterwright.com
djalandoni@porterwright.com
sschiavone@porterwright.com
*Attorneys for Defendant Amazon.com Services, LLC*

  /s/ Kenneth J. Ignozzi
Kenneth J. Ignozzi, Esq. (0055431)
Attorney for Plaintiff