IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Kayla Stewart, et al., | ) | CASE NO.: 1:22-cv-00611 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | JUDGE: Michael R. Barrett |
| | ) | |
| v. | ) | **DEFENDANT LOVETOY LLC'S** |
| | ) | **ANSWER** |
| Lovetoy LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Defendant, Lovetoy LLC ("Defendant"), by and through undersigned counsel, and submits for its Answer to the Complaint (the "Complaint"), of Plaintiffs, Kayla Stewart and Samantha Stewart ("Plaintiffs"), as follows:

## PLAINTIFFS' FACTUAL ALLEGATIONS

1. Defendant Lovetoy LLC denies the allegations contained in Paragraph 1 of the Complaint.

2. Defendant Lovetoy LLC denies all allegations contained in Paragraph 2 of the Complaint. Furthermore, Defendant Lovetoy LLC has never sold, supplied, manufactured, or distributed any "toy" and is not the seller on Defendant Amazon's platform.

3. Defendant Lovetoy LLC lacks knowledge sufficient to admit or deny the allegations set forth at Paragraph 3 of the Complaint, and therefore denies the same.

4. Defendant Lovetoy LLC lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 4 of the Complaint, and therefore denies the same.

5. Defendant Lovetoy LLC lacks knowledge sufficient to admit or deny the allegations set forth at Paragraph 5 of the Complaint, and therefore denies the same.

6. Paragraph 6 of the Complaint sets forth a legal conclusion that requires no answer. To the extent facts are averred, Defendant Lovetoy LLC denies the same.

7. Defendant Lovetoy LLC denies the allegations contained in Paragraph 7 of the Complaint.

8. Defendant Lovetoy LLC denies the allegations contained in Paragraph 8 of the Complaint.

9. Defendant Lovetoy LLC lacks knowledge sufficient to admit or deny the allegations set forth in Paragraph 9 of the Complaint, and therefore denies the same.

10. Defendant Lovetoy LLC denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant Lovetoy LLC denies the allegations contained in Paragraph 11 of the Complaint.

12. Defendant Lovetoy LLC denies the allegations contained in Paragraph 12 of the Complaint.

13. Paragraph 13 of the Complaint sets forth a legal conclusion that requires no answer. To the extent facts are averred, Defendant Lovetoy LLC denies the same.

14. Defendant Lovetoy LLC denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant Lovetoy LLC denies the allegation contained in Paragraph 15 of the Complaint.

16. Defendant Lovetoy LLC denies the allegations contained in Paragraph 16 of the Complaint.

17. Defendant Lovetoy LLC denies the allegations contained in Paragraph 17 of the Complaint.

18. Defendant Lovetoy LLC denies the allegations contained in Paragraph 18 of the Complaint.

### ANSWER TO FIRST CAUSE OF ACTION

19. Defendant Lovetoy LLC incorporates its previous answers as if fully rewritten herein.

20. Defendant Lovetoy LLC denies the allegations contained in Paragraph 20 of the Complaint.

21. Defendant Lovetoy LLC denies the allegations contained in Paragraph 21 and Subparagraphs 1 – 5 of the Complaint.

22. Defendant Lovetoy LLC denies the allegations contained in Paragraph 22 of the Complaint.

23. Defendant Lovetoy LLC denies the allegations contained in Paragraph 23 of the Complaint.

24. Defendant Lovetoy LLC denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant Lovetoy LLC denies the allegations contained in Paragraph 25 of the Complaint.

26. Defendant Lovetoy LLC denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant Lovetoy LLC denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant Lovetoy LLC denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant Lovetoy LLC denies the allegations contained in Paragraph 29 of the Complaint.

30. Defendant Lovetoy LLC denies the allegations contained in Paragraph 30 of the Complaint.

WHEREFORE, Defendant Lovetoy LLC hereby requests that judgment be entered in its favor as to Plaintiffs' First Count and that it be awarded its costs herein, and such other relief, legal or equitable, that this Court deems suitable and proper.

## ANSWER TO SECOND CLAIM FOR RELIEF

31. Defendant Lovetoy LLC incorporates its previous answers as if fully rewritten herein.

32. Defendant Lovetoy LLC denies the allegations contained in Paragraph 32 of the Complaint.

33. Defendant Lovetoy LLC denies the allegations contained in Paragraph 33 of the Complaint.

34. Defendant Lovetoy LLC denies the allegations contained in Paragraph 34 of the Complaint.

35. Defendant Lovetoy LLC denies the allegations contained in Paragraph 35 of the Complaint.

36. Defendant Lovetoy LLC denies the allegations contained in Paragraph 36 of the Complaint.

WHEREFORE, Defendant Lovetoy LLC hereby requests that judgment be entered in its favor as to Plaintiffs' Second Claim for Relief and that it be awarded its costs herein, and such other relief, legal or equitable, that this Court deems suitable and proper.

### ANSWER TO THIRD CLAIM FOR RELIEF

37. Defendant Lovetoy LLC incorporates its previous answers as if fully rewritten herein.

38. Defendant Lovetoy LLC denies the allegations contained in Paragraph 38 of the Complaint.

39. Defendant Lovetoy LLC denies the allegations contained in Paragraph 39 of the Complaint.

40. Defendant Lovetoy LLC denies the allegations contained in Paragraph 40 of the Complaint.

WHEREFORE, Defendant Lovetoy LLC hereby requests that judgment be entered in its favor as to Plaintiffs' Third Claim for Relief and that it be awarded its costs herein, and such other relief, legal or equitable, that this Court deems suitable and proper.

### ANSWER TO FOURTH CLAIM FOR RELIEF

41. Defendant Lovetoy LLC incorporates its previous answers as if fully rewritten herein.

42. Defendant Lovetoy LLC denies all allegations contained in Paragraph 42 of the Complaint.

43. Defendant Lovetoy LLC denies all allegations contained in Paragraph 43 of the Complaint.

WHEREFORE, Defendant Lovetoy LLC hereby requests that judgment be entered in its favor as to Plaintiffs' Fourth Claim for Relief and that it be awarded its costs herein, and such other relief, legal or equitable, that this Court deems suitable and proper.

**AFFIRMATIVE AND OTHER DEFENSES**

1. Plaintiffs are barred from recovering the relief requested because Plaintiffs failed to join all necessary and indispensable parties.

2. Plaintiffs' claims fail because they failed to state a claim upon which relief can be granted. [Madi read]

3. Plaintiffs' claims fail because they are not in privity of contract with Defendant Lovetoy LLC.

4. Plaintiffs' claims fail due to their assumption of the risk.

5. Plaintiffs' claims fail under the applicable statute of limitations.

6. Plaintiffs' claims fail under the doctrines of laches, waiver, and estoppel.

7. Plaintiffs' claims fail or are offset due to comparative negligence of Plaintiffs or other parties.

8. Plaintiffs' claims fail or are offset due to the contributory negligence of Plaintiffs or other parties.

9. Plaintiffs' purported injuries were caused by intervening, interceding, and/or superseding acts unrelated to any acts Defendant Lovetoy LLC.

10. Plaintiffs' claims are barred or must be reduced by recoupment, set-off, recoveries, or payments from parties other than Defendant Lovetoy LLC.

11. Plaintiffs' negligence was active and primary and any alleged negligence on the part of Defendant Lovetoy LLC was secondary and passive by comparison; accordingly, claims against Defendant Lovetoy LLC are barred.

12. Plaintiffs' claims fail because Defendant Lovetoy LLC is not the seller, supplier, retailer, wholesaler, agent, broker, or manufacturer of The Toy and was not otherwise associated with Plaintiffs' purchase or use of The Toy.

6

13. Plaintiffs' claims fail because The Toy's packaging states, "for novelty use only."

14. Plaintiffs' claims fail because Defendant Lovetoy LLC had no duty to provide a warning associated with usage of The Toy.

15. Plaintiffs' claims fail because Plaintiffs failed to follow warnings and/or instructions on The Toy's packing and/or Defendant Amazon's website.

16. Plaintiffs' claims may be barred, in whole or in part, by Plaintiffs' misuse or abuse of The Toy by Plaintiffs and/or by third parties.

17. Plaintiffs' claims may be barred or reduced by the failure by Plaintiffs to mitigate damages.

18. To the extent that Plaintiffs enter or have entered into a release or covenant not to sue with any other person or entity regarding the injuries and/or losses alleged in the Complaint, Defendant Lovetoy LLC's liability, if any, should be reduced in accordance with R.C. § 2307.28.

19. Plaintiffs' common law product liability claims against Defendant Lovetoy LLC are abrogated by the Ohio Product Liability Act ("OPLA").

20. Defendant Lovetoy LLC specifically reserves the right to amend this answer to raise further affirmative and other defenses which may develop during the course of discovery.

Respectfully submitted,

/s/ Max E. Dehn
Max E. Dehn (0079600)
Madilyn M. Bell (0098386)
Cavitch Familo & Durkin, Co., L.P.A.
1300 East 9th Street, 20th Floor
Cleveland, OH 44114
Phone: 216-621-7860
Fax:    216-621-3415
Email: mdehn@cavitch.com
           mbell@cavitch.com
***Attorneys for Defendant Lovetoy LLC***

## CERTIFICATE OF SERVICE

A copy of the foregoing *Answer of Defendant Lovetoy LLC* was filed electronically on this

17th day of November 2022. Parties can access this filing on the Court's electronic filing system.

Respectfully submitted,

/s/ Max E. Dehn
Max E. Dehn (0079600)
***Attorney for Defendant Lovetoy LLC***

8